IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13:

EMMA JANE HARRIS                                     NO. 09-02263EE

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Motion(s) to Dismiss the Debtor(s) for Non-Payment (Docket #73). Thus, having considered the matter and finding no response filed, the Court finds the Trustee's motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: October 19, 2011

SUBMITTED BY:
_____
VALORRI C. JONES, MSB# 100853
Staff Attorney for
JAMES L. HENLEY, JR., MSB# 9909
CHAPTER 13 TRUSTEE
P. O. Box 31980
Jackson, MS 39286-1980
Ofc: (601) 981-9100
Fax: (601) 981-9888
vjones@jlhenleych13.net